# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

         **Plaintiff,**

-vs-                            **Case No.  6:08-cv-1872-Orl-31GJK**

**CYBERSPY SOFTWARE, LLC, and
TRACER R. SPENCE,**

         **Defendants.**

_____

## ORDER

      This matter comes before the Court on the Agreed Motion for Extension of Briefing

Schedule and to Reschedule Hearing (Doc. 14).  The Motion is **GRANTED**.  The Defendants'

response will be due on or before Wednesday, November 19, 2008 at 5:00 p.m., and the Plaintiff's

reply, if any, will be due on or before Monday, November 24, 2008 at 9:00 a.m.  The hearing will

be rescheduled per the parties' request, for which the Court will enter a separate Notice of Hearing.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 13, 2008.

                                      GREGORY A. PRESNELL
                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party