# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

        **Plaintiff,**

**-vs-**                                                                                  **Case No. 6:08-cv-1872-Orl-31GJK**

**CYBERSPY SOFTWARE, LLC, and**
**TRACER R. SPENCE,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Defendants' Motion for Summary Judgment (Doc. No. 24). The Plaintiff will be allowed until **December 31, 2008**, to file it's responsive memorandum and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). **The parties are directed to provide chambers with a courtesy paper copy of any exhibits electronically filed in support of their papers.**[1]

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 1, 2008.

Copies furnished to:

Counsel of Record

                                          GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE

---

[1] The Court prefers any depositions to be provided in 4 page miniscript.