**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

-vs-                                      Case No. 6:08-cv-1872-Orl-31GJK

**CYBERSPY SOFTWARE, LLC, and**
**TRACER R. SPENCE,**

    **Defendants.**

## ORDER

In light of the emergency motion (Doc. 68) filed by the Plaintiff, the Defendants are hereby **ORDERED** to file their response(s) to the motion at or before noon on Friday, July 10, 2009.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 8, 2009.

                                                      GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party