**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FEDERAL TRADE COMMISSION,

        Plaintiff,

        v.

CYBERSPY SOFTWARE, LLC, and
TRACER R. SPENCE,

        Defendants.

Case No. 6:08-cv-1872-ORL-31GJK

**NOTICE OF FILING**
**PROPOSED STIPULATED FINAL**
**ORDER FOR PERMANENT INJUNCTION**

Notice is hereby given that the undersigned are jointly filing the attached "Proposed Stipulated Final Order for Permanent Injunction" for the Court's consideration.  As noted therein, the Federal Trade Commission and Defendants CyberSpy Software, LLC and Tracer R. Spence have stipulated to the entry of the attached proposed order in settlement of the Commission's Complaint against Defendants.

Respectfully submitted,

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **GREENBERG TRAURIG, P.A.** |

Dated:  April 20, 2010

Dated:  April 20, 2010

By: s/ David K. Koehler
DAVID K. KOEHLER
NY Bar No. 2651404
TRACY R. SHAPIRO
CA Bar No. 220811
JAMES A. TRILLING
DC Bar No. 467273
600 Pennsylvania Avenue, N.W.
Mail Drop NJ-3212
Washington, D.C.  20580
TEL.: (202) 326-3627 (Koehler)
        (202) 326-2343 (Shapiro)
        (202) 326-3497 (Trilling)
FAX: (202) 326-3259
Email: dkoehler@ftc.gov
        tshapiro@ftc.gov
        jtrilling@ftc.gov

Attorneys for Plaintiff
**FEDERAL TRADE COMMISSION**

By: s/ Dawn I. Gielber-Millner
    (by permission)
DAWN I. GIEBLER-MILLNER
Florida Bar No. 856576
MICHELE L. JOHNSON
Florida Bar No. 13570
MARY ELLEN PULLUM
Florida Bar No. 24673
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
TEL:  (407) 420-1000
FAX: (407) 841-1295
Email: gieblerd@gtlaw.com
        johnsonm@gtlaw.com
        pullumm@gtlaw.com

Attorneys for Defendants
**CYBERSPY SOFTWARE, LLC
and TRACER R. SPENCE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 20, 2010, I caused the foregoing **NOTICE OF FILING PROPOSED STIPULATED FINAL ORDER FOR PERMANENT INJUNCTION** to be electronically filed with the Clerk of the Court by using the CM/ECF system, which would then send notice of the electronic filing to Dawn I. Giebler-Millner, Esq., gieblerd@gtlaw.com, Michele L. Johnson, Esq., johnsonm@gtlaw.com, and Mary Ellen Pullum, Esq., pullumm@gtlaw.com.

s/ David K. Koehler
DAVID K. KOEHLER